UNITED STATES DISTRICT COURT

IN THE EASTERN DISTRICT OF MICHIGAN

LINDA LARSON,

              Plaintiff,                    Case No: 2:11-cv-12934-JAC-LJM

v                                      Hon: Julian Abele Cook, Jr.

FMS, INC., d/b/a FINANCIAL MANAGEMENT
SERVICES, INC., an Oklahoma corporation

              Defendant.

_____/

| | |
|---|---|
| NITZKIN & ASSOCIATES | COLLINS, EINHORN, FARRELL & ULANOFF |
| GARY D. NITZKIN (41155) | DEBORAH A. LUJAN (P46990) |
| Attorney for Plaintiff | Attorney for Defendant |
| 22142 West Nine Mile Road | 4000 Town Center, Suite 909 |
| Southfield, MI  48034 | Southfield, MI  48075 |
| (248) 353-2882 | (248) 355-4141 |

_____/

### STIPULATION OF DISMISSAL

      IT IS HEREBY STIPULATED by and between the parties that this matter is dismissed with

prejudice and without costs as to any party.

| | |
|---|---|
| /s/Gary D. Nitzkin | /s/ Deborah A. Lujan |
| GARY D. NITZKIN (41155) | DEBORAH A. LUJAN (P46990) |
| Attorney for Plaintiff | Attorney for Defendants |
| 22142 West Nine Mile Road | 4000 Town Center, Ste. 909 |
| Southfield, MI  48034 | Southfield, MI 48075 |
| (248) 353-2882 |  (248) 355-4141 |

LAW OFFICES COLLINS, EINHORN, FARRELL & ULANOFF, P.C.  4000 TOWN CENTER  STE 909,  SOUTHFIELD, MI 48075  (248) 355-4141

UNITED STATES DISTRICT COURT

IN THE EASTERN DISTRICT OF MICHIGAN

LINDA LARSON,

        Plaintiff,                         Case No: 2:11-cv-12934-JAC-LJM

v                                       Hon: Julian Abele Cook, Jr.

FMS, INC., d/b/a FINANCIAL MANAGEMENT
SERVICES, INC., an Oklahoma corporation

        Defendant.

_____/

NITZKIN & ASSOCIATES           COLLINS, EINHORN, FARRELL & ULANOFF
GARY D. NITZKIN (41155)          DEBORAH A. LUJAN (P46990)
Attorney for Plaintiff               Attorney for Defendant
22142 West Nine Mile Road         4000 Town Center, Suite 909
Southfield, MI  48034              Southfield, MI  48075
(248) 353-2882                  (248) 355-4141

_____/

### ORDER OF DISMISSAL

At a session of said Court held on:
October 24, 2011

PRESENT:  HON. JULIAN ABELE COOK, JR.
United States District Court Judge

Upon reading and filing of the above Stipulation,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice and without costs as

to any party.

This Order dismisses the last pending claim and closes this case.

Date:  October 24, 2011

                                       S/Julian Abele Cook, Jr.
                                       JULIAN ABELE COOK, JR.
                                       U.S. District Court Judge

LAW OFFICES COLLINS, EINHORN, FARRELL & ULANOFF, P.C.   4000 TOWN CENTER  STE 909,  SOUTHFIELD, MI 48075  (248) 355-4141